UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHINE KHINE AUNG,<br>    Plaintiff,<br>    v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 17-cv-05979-RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Khine Khine Aung, proceeding *pro se*, filed a complaint against the Commissioner of Social Security for judicial review of the Commissioner's final decision regarding Aung's social security benefits on October 18, 2017. On April 2, 2018, the Commissioner served and filed its answer to Aung's complaint. Pursuant to the initial procedural order for social security review actions (Dkt. 3), Aung was to serve and file a motion for summary judgment or for remand within 28 days of service of the Commissioner's answer. Aung did not do so, nor has Aung taken any action to prosecute this case. Therefore, Aung is ordered to show cause why this case should not be dismissed for failure to prosecute. Aung's response is due no later than March 13, 2019. Noncompliance with this order will result in dismissal of this action without further notice. Aung may wish to contact the pro se help desk either by calling 415-782-8982 or by signing up in the appointment book located on the table outside of the Legal Help Center at the United States Courthouse, 450 Golden Gate Avenue, 15th Floor, Room 2796, in San Francisco, California.

1 **IT IS SO ORDERED**.

3 Dated: February 27, 2019

_____
RICHARD SEEBORG
United States District Judge