UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHINE KHINE AUNG,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 17-cv-05979-RS<br><br>**ORDER DISMISSING CASE** |

On February 27, 2019, Plaintiff Khine Khine Aung was ordered to show cause why this case should not be dismissed for failure to prosecute. (Dkt. 15.) Plaintiff was advised that failure to respond by March 13, 2019 would result in dismissal of this action without further notice. The deadline for a response has passed. The case is therefore dismissed.

**IT IS SO ORDERED**.

Dated: March 19, 2019

_____
RICHARD SEEBORG
United States District Judge